No. 1210. SOUTH HILL NEIGHBORHOOD ASSN., INC., ET AL. *v.* ROMNEY, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 6th Cir. Motion of National Trust for Historic Preservation in the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Eugene F. Mooney* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for respondents Romney et al., and *J. Montjoy Trimble* for respondents City of Lexington et al. *William Stanley, Jr.,* and *Richard B. Stewart* for National Trust for Historic Preservation in the United States as *amicus curiae* in support of the petition. ■

No. 692, Misc. SMITH *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Robert Morgan,* Attorney General of North Carolina, and *Harrison Lewis,* Deputy Attorney General, for respondent.

No. 789, Misc. RYAN *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, and *Robert A. Derengoski,* Solicitor General, for respondent.

No. 795, Misc. MURILLO *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Edward A. Hinz, Jr.,* Deputy Attorneys General, for respondent.

No. 1155, Misc. BLAKLEY *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. *Richard C. Turner,* Attorney General of Iowa, and *Michael J. Laughlin,* Assistant Attorney General, for respondent.